**Order filed April 23, 2015**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00177-CR, 11-14-00178-CR, 11-14-00179-CR, & 11-14-00180-CR

_____

## JOHNNY LEE DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause Nos. F33385, F34015, F34016, & F34017**

---

### O R D E R

These appeals have become unduly stalled due to the failure of Appellant's appointed counsel, J. Bruce Harris, to file an appellate brief. The brief in each appeal was originally due on September 29, 2014. Having granted three motions for extension, this court, on March 12, 2015, ordered Harris to file a brief on behalf of Appellant on or before 3:00 p.m. on March 26, 2015. Harris, instead, filed another

motion for extension. This court reluctantly granted the motion in part and extended the deadline to April 2, 2015. In this court's March 26 letter, we notified Harris that April 2 would be the "**final due date**." Harris has yet to file a brief in any of these appeals and, thus, has again ignored the directive of this court.

In each appeal, **J. Bruce Harris** is **ORDERED** to file in this court a brief on behalf of Appellant on or before **3:00 p.m. on Tuesday, April 28, 2015**. At that time, Appellant's briefs shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.

PER CURIAM

April 23, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2